UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFERY SCOTT DARBONNE** | **CASE NO. 22-CV-680** |
| -vs- | **JUDGE DRELL** |
| **SAMUEL JOHNSON ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Darbonne's Complaint under 42 U.S.C. § 1983 (Doc. 1) is **DENIED**.

Additionally, the Court notes the copy of the report and recommendation mailed September 21, 2022 to Mr. Darbonne at Raymond Laborde Correctional Center was marked Return to Sender and returned to the Clerk of Court on September 28, 2022, but no correction to Defendant's address has been received by the Court. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**THUS, ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 7th day of October, 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT